**Dismiss and Opinion Filed July 22, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00563-CV

## IN THE INTEREST OF O.A.L. AND R.L., MINOR CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-11690**

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Pedersen, III, and Nowell
Opinion by Justice Nowell

This appeal challenges the trial court's December 28, 2021 default decree of divorce. Because the clerk's record reflected the trial court granted a motion for new trial and set aside the divorce decree on June 6, 2022,[1] it appeared the appeal had become moot and we lacked jurisdiction. *See Tex. Dep't of Family & Protective Servs.*, 644 S.W.3d 189, 192 (Tex. 2022) (courts lack subject matter jurisdiction over moot controversies); *Jones v. Tex. Dep't of Criminal Justice*, 318 S.W.3d 398, 403

---

[1] The trial court found appellant did not receive notice of the divorce decree until March 28, 2022. *See* TEX. R. CIV. P. 306a(4),(5). The motion for new trial was filed March 31, 2022, resulting in the trial court's plenary power being extended to June 13, 2022. *See id.* 4, 306a(4); 329b(c).

n.5 (Tex. App.—Waco 2010, pet. denied) (complaint rendered moot by granting of new trial).

We requested jurisdictional briefing from appellant. Although we cautioned that failure to comply within ten days could result in the appeal being dismissed, more than ten days have passed and appellant has not responded. *See* TEX. R. APP. P. 42.3(a),(c). Accordingly, on the record before us, we dismiss the appeal for want of jurisdiction. *See id.* 42.3(a).

220563f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF O.A.L. AND R.L., MINOR CHILDREN

No. 05-22-00563-CV

On Appeal from the 301st Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-21-11690. Opinion delivered by Justice Nowell, Justices Partida-Kipness and Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Alejandrina Lopez recover her costs, if any, of this appeal from appellant Cirilo Lopez.

Judgment entered this 22nd day of July, 2022.